FILED
2012 Apr-10 PM 02:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUSAN DERIEUX, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | 2:11-cv-04084-LSC |
| | ] | |
| NATIONAL CREDIT ADJUSTERS, | ] | |
| LLC, et al., | ] | |
| | ] | |
| Defendants. | ] | |

ORDER

In accordance with the parties' Joint Stipulation of Dismissal (Doc. 11), which was filed on April 10, 2012, the above-entitled cause is hereby DISMISSED with prejudice. Costs are taxed as paid.

Done this 10th day of April 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297